

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00253-CR

| | | |
|---|---|---|
| LARRY JOE BREWER JR., Appellant | § | On Appeal from the 415th District Court |
| | § | of Parker County (CR21-1013) |
| V. | § | March 16, 2023 |
| | § | Memorandum Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
   Justice Dana Womack